SAN JUAN CITY COLLEGE, INC., and Americo Reyes Morales, (on his own behalf and as President of San Juan City College, Inc.), Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5074.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2007.

Yolanda R. Gallegos, Gallegos Legal Group, of Albuquerque, NM, argued for plaintiffs-appellants.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, and Jeanne E. Davidson, Director.

LOURIE, GAJARSA, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.